ELECTROFILM, INC., Appellant,

v.

EVERLUBE CORPORATION OF AMER-
ICA, A. R. Booker and K. Taylor,
Appellees.

No. 15742.

United States Court of Appeals
Ninth Circuit.

March 31, 1959.

Walter H. Young, Los Angeles, Cal.,
for appellant.

Warren L. Kern, Walton Eugene Tins-
ley, Harris, Kiech, Foster & Harris, Los
Angeles, Cal., for appellee.

Before BARNES and HAMLEY, Cir-
cuit Judges, and CHASE A. CLARK,
District Judge.

PER CURIAM.

■ This is an appeal from a judg-
ment wherein it is held that:

"United States Letters Patent No.
2,703,768 and each of the claims thereof
are invalid for anticipation under sub-
division (a), (b) and (g) of Section 102
of Title 35, U.S.C. and solely by reason
of such invalidity plaintiff, Everlube
Corporation of America, does not in-
fringe said letters patent or any of the
claims thereof.

"2. Defendant Cross-claimant, Elec-
trofilm Inc., shall take nothing by its
cross-claim against cross-defendants,
Everlube Corporation of America, K.
Taylor and A. R. Booker, and the same
is hereby dismissed.

"3. No attorneys' fees are awarded,
and each party shall bear its own costs on
the complaint and cross-claim."

Specifications of error numbered 1, 2,
and 3 have to do with the receiving in
evidence of certain exhibits (47d, 47e
and 47f, 40g and 40f), and the receiv-
ing in evidence testimony of Morris
Brown with respect to exhibits 47d, 47e
and 47f.

■ We are of the opinion that the
Trial Judge was fully justified in admit-
ting in evidence the exhibits mentioned
in specifications of error numbered 1 and
2 and in admitting the evidence of Mor-
ris Brown, so that he might have as com-
plete a record as possible from which to
determine the issues presented. Busi-
ness Records Act, 28 U.S.C. § 1732, as
amended 1951. Olender v. United States,
9 Cir., 1956, 237 F.2d 859; Lisansky v.
United States, 4 Cir., 1929, 31 F.2d 846,
67 A.L.R. 67.

Specifications of error numbered 4 to
10 inclusive are fully covered by the Tri-
al Court's opinion reported in D.C., 154

F.Supp. 788, which we adopt and make a part of this opinion.

To that opinion we would add only that "Hall" named in the opinion (first paragraph at page 791 of 154 F.Supp.) but otherwise unidentified, is R. D. Hall, the asserted inventor and assignor to Electrofilm Inc., a corporation, of the United States Patent No. 2,703,768.

Affirmed.